1492-14

COA #  10-13-00307-CR  OFFENSE:  Poss of a Controlled Substance

STYLE:  Jay Yoon Chung v. The State of Texas  COUNTY:  Navarro

TRIAL COURT:  County Court at Law
TRIAL COURT #:  C34587-CR
TRIAL COURT JUDGE:  Hon. Amanda Doan Putman
DISPOSITION:  Reversed and remanded

MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

DATE:  October 23, 2014

JUSTICE:  Chief Justice Gray  PC ____  S __  X __

PUBLISH:  X ____  DNP: _____

CLK RECORD:  November 12, 2013  SUPP CLK RECORD: _____
RPT RECORD:  December 27, 2013  SUPP RPT RECORD: _____
STATE BR:  September 12, 2014  SUPP BR: _____
APP BR:  May 13, 2014  APP SUPP BR:  June 5, 2014

## IN THE COURT OF CRIMINAL APPEALS

CCA # _____

____PRO SE____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
____REFUSED____
DATE: 02/11/2015
JUDGE: _____

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____  PC: _____
PUBLISH: _____  DNP: _____

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____